IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00210-BNB

ANTOINE BRUCE,

    Plaintiff,

v.

JENNIFER COULTER,
FMU ONEAL,
RICHARD MADISON,
DARREN FOSTER,
S. CEDENO,
J. KASPRZYCKI,
DAVID BERKEBILE,
J. SNIDER,
KAITLIN TURNER,
PATRICIA RANGEL,
JOSEPH ZONNO,
JANINE McCARTHY,
S. KUTA,
A. OSAGIE,
G. SANDUSKY, and
JOHN DOES 1-13,

    Defendants.

## ORDER

    This matter is before the Court on Plaintiff's Motion, ECF No. 7, requesting that the Court direct Defendants S. Cedeno, Kaitlin B. Turner, David Berkebile, Patricia Rangel, and Christopher Synsvoll to refrain from purposely hindering or obstructing Plaintiff from filing an Amended Complaint. Plaintiff asserts that he did not receive the Court's order directing him to amend until February 10, 2014, even though the order was dated February 3, 2014. He also asserts that Defendants refuse to allow correspondence between Plaintiff and his jailhouse attorney, Jeremy Pinson.

Plaintiff's Motion will be denied for the following reasons. Plaintiff received the February 3, 2014 Order within seven days. Two of the seven days involved Saturday and Sunday. The Court finds no extraordinary delay in Plaintiff's receipt of the February 3 Order. Plaintiff also does not have a First Amendment right to a communicate with his jailhouse attorney because he does not have a right to associate with a certain person while incarcerated. *See Overton v. Bazzetta*, 539 U.S. 126, 131 (2003) ("[F]reedom of association is among the rights least compatible with incarceration."). Finally, Plaintiff has been able to proceed in this action and does not assert that he has been denied copies of Court-approved Prisoner complaint forms and instructions by the prison staff. Accordingly, it is

ORDERED that Plaintiff's pending Motion, ECF No. 7, is denied.

DATED February 21, 2014, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge