**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00210-LTB

ANTOINE BRUCE,

    Plaintiff,

v.

JENNIFER COULTER,
FMU ONEAL,
RICHARD MADISON,
DARREN FOSTER,
S. CEDERO,
J. KASPRZYCKI,
DAVID BERKEBILE,
J. SNIDER,
KAITLIN TURNER,
PATRICIA RANGEL,
JOSEPH ZONNO,
JANINE McCARTHY,
S. KUTA,
A. OSAGIE,
G. SANDUSKY, and
JOHN DOES 1-13,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On April 23, 2014, Plaintiff filed a Declaration/Motion to Compel, ECF No. 16. For the reasons stated in the April 23, 2014 Order of Dismissal, the Declaration/Motion is denied.

Dated:  April 23, 2014